503 A.2d 929

**James H. PINEDA, Petitioner,**

v.

**Earl S. BRIDGEHOUSE, Respondent.**

Supreme Court of Pennsylvania.

Jan. 16, 1986.

Petition for Allowance of Appeal GRANTED, No. 9 E.D. Appeal Docket 1986.